

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00052-CV

**IN RE** Jordyn **ELLIS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

On January 23, 2025, relator filed a petition for writ of mandamus, and later, a supplement to her petition for writ of mandamus. The real parties in interest filed a response to which relator replied. We CONDITIONALLY GRANT the petition for writ of mandamus and ORDER the Honorable Cynthia Marie Chapa to, within fifteen days of this order: (1) vacate the Second Order Granting New Trial, signed on April 10, 2025; and (2) sign a final judgment on the jury's verdict. We are confident that the trial court will promptly comply; our writ will issue only if we are notified that it does not.

It is so **ORDERED** on July 16, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-16785, styled *Angela Meyer and Evan Meyer v. Jordyn Ellis*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.